**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLAS GJERS, | No.  1:25-cv-00326-KES-BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| RUBALCAVA, | |
| Defendant. | |
| | Doc. 13 |

Nicolas Gjers is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The Court's mail was returned as undeliverable on March 6, 2026.  The magistrate judge found Gjers failed to comply with Local Rule 183(b) and failed to prosecute the action.  Doc. 13 at 2-3.  The magistrate judge found terminating sanctions appropriate after considering the factors identified by the Ninth Circuit in *Carey v. King*, 856 F.2d 1439, 1440 (9th Cir. 1988), and recommended the Court dismiss the action without prejudice.  *Id.*

On April 9, 2026, the Court served the findings and recommendations on Gjers at the mailing address on record, with a notice that objections were to be filed within 14 days.  Doc. 13 at 3.  Service is deemed effective pursuant to Local Rule 182(f).  To date, Gjers has not filed objections or a notice of change of address.

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review.  Having carefully reviewed the matter, the Court concludes the findings and recommendations are

1

supported by the record and by proper analysis.  The Court ORDERS:

    1.    The findings and recommendations issued on April 9, 2026 (Doc. 13) are ADOPTED in full.

    2.    This action is DISMISSED without prejudice.

    3.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   May 6, 2026

UNITED STATES DISTRICT JUDGE

2